UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Tazania Blanch Winfrey**
207 Coral Circle
McDonough, GA 30253

xxx–xx–1666

Case No.: **17–63279–jrs**
Chapter: **13**
Judge: **James R. Sacca**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**November 7, 2017** at **10:30 AM** in **Courtroom 1404, Atlanta** to consider and act upon the following:

Motion for Relief from the Automatic Stay filed by Alex Gitman (doc #22)

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: October 12, 2017

Form 165