**IT IS ORDERED as set forth below:**



**Date: December 1, 2017**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| TAZANIA BLANCH WINFREY | : | CASE NO. A17-63279-JRS |
| DEBTOR | : | |

**SUPPLEMENTAL ORDER OF CONFIRMATION**

The above and foregoing matter came before this Court for confirmation November 21, 2017 at 10:00 a.m., and the Trustee having objected to the confirmation of this case for failure of the Debtor to submit to an Employee Deduction Order and it appears that the Debtor and the Chapter 13 Trustee have entered into this Agreement to resolve the Trustee's objection, **IT IS**

**ORDERED** that the Debtor shall strictly comply with the requirements of the Chapter 13 Plan. If during the first twelve (12) months following confirmation, Debtor fails to pay each plan payment on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-compliance to the Court, and the case may be dismissed without further hearing.

The Clerk of the Court is directed to serve this Order on the parties included in the attached Distribution List.

## END OF DOCUMENT

Presented by:

____/s/_____
Eric W. Roach
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

Consented by:

____/s/_____
Andrew Houston McCullen
Attorney for Debtor
GA Bar No. 872658
Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
*Signed by Eric W. Roach*
*with express permission*

## DISTRIBUTION LIST

**Case No.: A17-63279-JRS**

**Debtor:**
Tazania Blanch Winfrey
207 Coral Circle
McDonough, GA 30253

**Debtor's Attorney:**
Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

**Chapter 13 Trustee:**
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303